AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 4:25CV 632-KDW | Date and time warrant executed: 2/14/2024 2:22 PM EDT | Copy of warrant ~~and inventory~~ left with: AT+T |
| Inventory made in the presence of: SA James Cavanagh | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Files containing information associated with VIN 1FMJU1M85PEA14418

[signature] 4/1/2024

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/1/24

*Executing officer's signature*

SA James Cavanagh
*Printed name and title*